# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN CHASE MITCHELL

VERSUS

AMY DUNN MITCHELL

NO.   2024 CW 1104

**NOVEMBER 14, 2024**

---

In Re:    Amy Dunn Mitchell, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 150751.

---

BEFORE:    **THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application is untimely. This court imposed a deadline of November 6, 2024 to file a compliant writ application. See **Mitchell v. Mitchell**, 2024-0731 (La. App. 1st Cir. 10/7/2024), 2024 WL 4434398 (unpublished). However, this writ application was filed on November 8, 2024. Moreover, this writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the judgment, order, or ruling complained of, a copy of the judge's reasons for judgment, order, or ruling (if written), a copy of each pleading on which the judgment, order, or ruling was founded, including the petition and the motion, memorandum and attachments, a copy of any opposition and any attachments thereto, a copy of pertinent court minutes, and a copy of the notice of intent and return date order. In addition, the writ application further failed to comply with Rule 4-5, as it failed to contain an affidavit verifying the allegations of the application and certifying that a copy was delivered, transmitted, or mailed to the respondent judge and opposing counsel.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT